largely to its discretion. Tinsley's Adm'r v. Slate, Ky., 251 S.W.2d 883. Only if the amount strikes us at first blush as being the result of passion and prejudice on the part of the jury will we disturb it. Wilkins v. Hopkins, 278 Ky. 280, 128 S.W.2d 772. The sum of $5,000 is a substantial award. In Willingham v. Stevens, 312 Ky. 124, 226 S.W.2d 770, we upheld a verdict of only $1,250 for the death of a child. There is nothing to indicate that passion and prejudice impelled the jury to make this award rather than a larger amount.

The judgment is affirmed on the appeal and the cross-appeal.

PER CURIAM.

This case is before us on motion for an appeal of a conviction for having alcoholic beverages for sale in dry territory, for which the movant, Melv Click, was sentenced to thirty days in jail, fined $50, and required to execute a $1,000 peace bond.

We have reviewed the record and sustain the conviction, overruling the motion for an appeal. Criminal Code of Practice, § 348.

The judgment is affirmed.

**Melv CLICK, Movant,**

v.

**COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

May 5, 1961.

Burnis Martin, Prestonsburg, for appellant.

John B. Breckinridge, Atty. Gen., Martin Glazer, Asst. Atty. Gen., for appellee.

**R. B. TYLER COMPANY, Appellant,**

v.

**George W. KINSER et al., Appellees.**

Court of Appeals of Kentucky.

March 24, 1961.

Rehearing Denied June 2, 1961.

